THE HANCOCK SAND COMPANY, INC., Respondent, v. WARD W. SIGNOR and Others, Comprising the Firm Known as HAWKS MOUNTAIN SAND COMPANY, Appellants, Impleaded with POLLIE E. PINE, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION BAG AND PAPER CORPORATION, Respondent, v. ELMER McKEE and Others, Assessors, RUSSELL C. PARIS, Mayor, AUGUSTUS CARPENTER and Others, Trustees, and JOSEPH R. MacLAREN, Clerk, of the Village of Hudson Falls, Appellants.— Order unanimously affirmed. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION BAG AND PAPER POWER CORPORATION, Respondent, v. PERRY M. GILBERT and Others, as Assessors of the Village of Hudson Falls, in the Town of Kingsbury, Washington County, State of New York, and Others, Appellants.— Order unanimously affirmed. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

BARBARA VROOMAN, Appellant, v. CITY SAVINGS BANK OF ALBANY, Respondent. — Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

BERTHA M. FAYLES, as Committee of the Person and Estate of GROVER C. FAYLES, Respondent, v. PAUL BARCELOW, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

ALFRED WOLFF, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order reversed, on the facts, with costs, and verdict reinstated, on the authority of Hogan v. Franken (221 App. Div. 164). Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

BANK OF WATERFORD, Respondent, v. JOHN C. WATSON, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

ROBERT O. WESTON and CHARLOTTE WESTON, Administratrix, etc., of JAMES G. WESTON, Deceased, Doing Business as Copartners under the Name and Style of WESTCHESTER CONSTRUCTION CO., Claimants, Appellants, v. THE STATE OF NEW YORK, Respondent. (Claim No. 21969.) — Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. MERRILL K. BAKER, Respondent, v. BEMSLE WILLIAMSON, Appellant.— Orders and judgment unanimously affirmed. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.